**Exhibit B**

| Assignor (If Applicable) | Deal Name | ISIN Code | Tranche | Purchase Amount | Sale Date (If Applicable) |
|---|---|---|---|---|---|
| Eurohypo | ABSHE 2005-HE8 | US04541GUS91 | M5 | $ 10,000,000.00 | 3-Feb-12 |
| Eurohypo | ABSHE 2005-HE8 | US04541GUT74 | M6 | $ 7,872,000.00 | |
| Eurohypo | ABSHE 2006-HE1 | US04541GVS82 | M7 | $ 13,180,000.00 | |
| Barrington II | ABSHE 2006-HE5 | US04544PAG46 | M2 | $ 12,500,000.00 | |
| | BSABS 2005-EC1 | US0738795K08 | M8 | $ 3,937,000.00 | |
| Eurohypo | BSABS 2005-HE10 | US073879X529 | M3 | $ 25,160,000.00 | 27-Jan-12 |
| | BSABS 2005-HE4 | US073879TX62 | M5 | $ 2,430,000.00 | 21-Nov-11 |
| Eurohypo | BSABS 2005-HE7 | US073879ZJ05 | M3 | $ 29,756,000.00 | 3-Nov-11 |
| Eurohypo | BSABS 2005-HE9 | US073879R752 | M4 | $ 28,900,000.00 | 21-Nov-11 |
| | BSARM 2006-2 | US07388DAU28 | 3A3 | $ 3,217,500.00 | 16-Nov-11 |
| | CCMFC 2006-2 | US16678WAB28 | A2 | $ 110,000,000.00 | |
| Barrington II | CHASE 2006-A1 | US16163CAP77 | 4A2 | $ 7,693,000.00 | |
| | CMLTI 2005-10 | US17307GT999 | 1A34 | $ 4,576,320.00 | |
| | CMLTI 2005-HE1 | US17307GQU57 | M6 | $ 2,400,000.00 | |
| Eurohypo | CMLTI 2005-HE3 | US17307GWV66 | M5 | $ 24,495,000.00 | 21-Nov-11 |
| Eurohypo | CMLTI 2005-HE3 | US17307GWW40 | M6 | $ 22,269,000.00 | 21-Nov-11 |
| Eurohypo | CMLTI 2005-HE4 | US17307GQ359 | M6 | $ 5,000,000.00 | |
| | CMLTI 2006-AR7 | US172987AE99 | 1A3B | $ 2,096,160.00 | |
| Palmer Sq. 3 | CMLTI 2006-NC2 | US17309TAG31 | M2 | $ 3,000,000.00 | |
| Barrington II | CMLTI 2006-NC2 | US17309TAG31 | M2 | $ 3,000,000.00 | |
| Palmer Sq. 3 | CMLTI 2006-WFHE2 | US17309MAG87 | M3 | $ 7,000,000.00 | 3-Feb-12 |
| Palmer Sq. 3 | CMLTI 2006-WFHE2 | US17309MAJ27 | M5 | $ 6,000,000.00 | 10-Nov-11 |
| Barrington II | CMLTI 2006-WFHE2 | US17309MAJ27 | M5 | $ 3,069,000.00 | |
| Barrington II | CMLTI 2006-WFHE3 | US17309QAJ31 | M5 | $ 5,000,000.00 | |
| Palmer Sq. 3 | CMLTI 2006-WFHE3 | US17309QAK04 | M6 | $ 4,000,000.00 | 16-Nov-11 |
| Barrington II | CMLTI 2006-WFHE3 | US17309QAK04 | M6 | $ 1,000,000.00 | |
| Barrington II | CMLTI 2006-WFHE4 | US17309SAE00 | M1 | $ 13,680,000.00 | 25-May-12 |
| Palmer Sq. 3 | CMLTI 2007-AMC2 | US17311XAG07 | M4 | 10,000,000 | |
| Palmer Sq. 3 | CMLTI 2007-AR1 | US17310UAE29 | M1 | $ 2,900,000.00 | |
| Barrington II | CMLTI 2007-WFHE1 | US17311CAH43 | M5 | $ 3,000,000.00 | |
| Barrington II | CMLTI 2007-WFHE1 | US17311CAJ09 | M6 | $ 2,000,000.00 | |
| Palmer Sq. 3 | CMLTI 2007-WFHE2 | US17312BAG77 | M3 | $ 13,391,000.00 | 27-Jan-12 |
| Barrington II | CSAB 2006-4 | US12628LAJ98 | A6A | $ 15,000,000.00 | 12-Jun-12 |
| | FFMER 2007-2 | US59024QAE08 | A2D | $ 30,000,000.00 | 3-Nov-11 |
| Palmer Sq. 3 | GSAA 2006-12 | US362381AH87 | M4 | $ 3,000,000.00 | |
| Palmer Sq. 3 | GSAA 2007-1 | US3622EQAJ47 | M3 | $ 2,000,000.00 | |
| Barrington II | GSAMP 2006-HE5 | US362437AF26 | M1 | $ 10,000,000.00 | |
| Barrington II | GSAMP 2006-HE6 | US36245AAE64 | M1 | $ 9,000,000.00 | |
| | HEAT 2005-2 | US437084JW71 | B1 | $ 3,000,000.00 | 27-Jan-12 |
| | HEAT 2005-4 | US437084LT15 | B1 | $ 6,915,000.00 | 3-Feb-12 |
| | HEAT 2005-4 | US437084LS32 | M7 | $ 2,550,000.00 | 27-Jan-12 |
| Barrington II | HEAT 2005-9 | US437084QZ20 | M2 | $ 1,000,000.00 | 14-Aug-12 |
| Eurohypo | HEAT 2006-4 | US437084VX17 | M7 | $ 5,000,000.00 | |
| Barrington II | HEAT 2006-6 | US437097AH17 | M2 | $ 4,250,000.00 | |
| Palmer Sq. 3 | HEAT 2007-2 | US43710KAF30 | M1 | $ 13,000,000.00 | |
| Palmer Sq. 3 | HEAT 2007-2 | US43710KAH95 | M3 | $ 1,000,000.00 | |
| Barrington II | JPALT 2006-A6 | US466285AN36 | 2A4 | $ 15,000,000.00 | 12-Jun-12 |
| | JPALT 2006-A6 | US466285AS23 | 2A8 | $ 6,211,920.00 | 16-Nov-11 |
| Barrington II | JPALT 2007-S1 | US466275AE47 | M3 | $ 1,201,000.00 | |

**Exhibit B**

| | | | | | |
|---|---|---|---|---|---|
| Barrington II | JPALT 2007-S1 | US466275AF12 | M4 | $ 2,365,000.00 | |
| Eurohypo | JPMAC 2005-FRE1 | US46626LCH15 | M6 | $ 3,500,000.00 | |
| Eurohypo | JPMAC 2005-FRE1 | US46626LCJ70 | M7 | $ 7,383,000.00 | |
| Eurohypo | JPMAC 2005-WMC1 | US46626LBM19 | M5 | $ 9,500,000.00 | 10-Nov-11 |
| Eurohypo | JPMAC 2005-WMC1 | US46626LBN91 | M6 | $ 5,500,000.00 | 3-Feb-12 |
| Eurohypo | JPMAC 2005-WMC1 | US46626LBP40 | M7 | $ 10,995,000.00 | |
| Barrington II | JPMAC 2006-CH1 | US46629TAL44 | M6 | $ 6,000,000.00 | |
| Barrington II | JPMAC 2006-CH2 | US46629QAY26 | MV2 | $ 4,000,000.00 | |
| Barrington II | JPMAC 2006-CH2 | US46629QBC96 | MV6 | $ 6,000,000.00 | |
| Palmer Sq. 3 | JPMAC 2006-CW2 | US46629BAV18 | MV3 | $ 12,588,000.00 | 10-Nov-11 |
| Barrington II | JPMAC 2006-NC2 | US46629FAF71 | M2 | $ 6,000,000.00 | |
| Eurohypo | MABS 2005-FRE1 | US57643LMD54 | M4 | $ 21,691,000.00 | |
| | MABS 2006-AM2 | US57645FAQ00 | A4 | $ 6,306,000.00 | 21-Nov-11 |
| | MABS 2006-AM3 | US57645EAM21 | A4 | $ 6,842,160.00 | 21-Nov-11 |
| Palmer Sq. 3 | MABS 2006-NC2 | US55275BAH06 | M3 | $ 2,000,000.00 | |
| Palmer Sq. 3 | MARM 2007-HF2 | US57645TAB35 | A2 | $ 26,681,000.00 | 10-Nov-11 |
| Barrington II | MLMI 2006-AHL1 | US590210AG57 | M2 | $ 21,053,000.00 | |
| Barrington II | MSM 2006-15XS | US61750YAD13 | A3 | $ 13,000,000.00 | 7-Jun-12 |
| | SABR 2006-WM1 | US81375WKD73 | A2C | $ 6,000,000.00 | 21-Nov-11 |
| Palmer Sq. 3 | SURF 2007-BC1 | US84752BAM19 | M5 | $ 4,500,000.00 | |
| Palmer Sq. 3 | WAMU 2007-OA2 | US933635AH71 | B1 | $ 2,500,000.00 | |
| Palmer Sq. 3 | WAMU 2007-OA6 | US92927BAH50 | B1 | $ 28,000,000.00 | |
| Palmer Sq. 3 | WAMU 2007-OA6 | US92927BAJ17 | B2 | $ 8,962,000.00 | |
| Palmer Sq. 3 | WMALT 2007-OA2 | US93935QAG29 | B1 | $ 10,000,000.00 | |
| Palmer Sq. 3 | WMALT 2007-OA2 | US93935QAH02 | B2 | $ 10,000,000.00 | |
| Palmer Sq. 3 | WMALT 2007-OC1 | US93936FAA84 | A1 | $ 41,300,000.00 | 3-Nov-11 |