# EXHIBIT 64

## Table of Contents

**Page**

HEAT Trusts Exception Letter (June 19, 2009) ...........................................................................1

MABS 2005-FRE1 Exception Letter (June 4, 2009) ...................................................................6

MABS 2006-AM2 Exception Letter (June 4, 2009) ....................................................................8

MABS 2006-NC2 Exception Letter (June 4, 2009) ...................................................................10

# HEAT Trusts Exception Letter
# (June 19, 2009)

1



Corporate Trust Services
EP-MN-WS3D
60 Livingston Avenue
St. Paul, MN 55107-2292

June 19th, 2009

Credit Suisse First Boston LLC
Attn: Kevin Steele
Eleven Madison Avenue, 4th Floor
New York, NY 10010

DLJ Mortgage Capital, Inc.
Eleven Madison Avenue, 4th Floor
New York, NY 10010

Re:   Notice of Mortgage Loan File Exceptions

Dear Sir/Madam:

This notice is being provided in accordance with Section 2.02 of the Pooling and Servicing Agreement for the transactions referenced on the attached Schedule A. Under this section the Trustee is required to provide written notice to the Depositor, the Seller, and each Servicer of all exceptions identified with respect to the Mortgage Loan Files which do not meet the requirements of Section 2.01. As required under the Agreement, the Seller is obligated to correct or cure all the exceptions identified (as listed on the attached exception report). Any Mortgage Loans with material defects which remain outstanding after the cure period has elapsed must be repurchased or substituted for by the Seller on the next Distribution Date as provided in Section 2.03.

If you have any questions regarding this notice or requirements related to repurchases or substitutions, please call me at 651-495-2124. Any questions regarding specific exceptions should be directed to William Dohr at LaSalle Bank at 847-766-6444, Elizabeth Casanova at BONY at 972-785-5362 and Sarah Woods at Wells Fargo Bank at 612-667-6688.

Sincerely,

*Kari Anderson*

Kari Anderson
Account Administrator

cc:
Chase Manhattan Mortgage Corp
10790 Rancho Bernardo Rd.
San Diego, CA 92127

Fremont Investment & Loan
Attn: SVP - Finance
175 N. Riverview Dr.
Anaheim, CA 92808

Ocwen Federal Bank
Attn: Secretary
1675 Palm Beach Lakes Blvd.
West Palm Beach, FL 33401

PNC Bank N.A.
Attn: PNCCS Manager
2730 Liberty Ave.
Pittsburgh, PA 15222

One PNC Plaza – 21st Floor
Attn: Chief Counsel Consumer Banking
249 Fifth Ave
Pittsburgh, PA 15222

Select Portfolio Servicing
3815 South West Temple
Salt Lake City, UT 84115

Washington Mutual Mortgage Securities Corp.
75 North Fairway Drive
Vernon Hills, IL 60061

Wells Fargo Home Mortgage, Inc.
1 Home Campus, MAC X2401-042
Des Moines, IA 50328

Wilshire Credit Corp
14523 SW Millikin Way, Suite 200
Beaverton, OR 97005

Data file available to Servicers at their request.

3

CONFIDENTIAL
USBCOMMERZ00951330

Schedule A

| Trust | Custodian |
|---|---|
| HEAT 2002-1 | LaSalle, BONY |
| HEAT 2002-2 | LaSalle |
| HEAT 2002-3 | LaSalle |
| HEAT 2002-4 | LaSalle |
| HEAT 2002-5 | LaSalle |
| HEAT 2003-1 | LaSalle |
| HEAT 2003-2 | LaSalle |
| HEAT 2003-3 | LaSalle |
| HEAT 2003-4 | LaSalle |
| HEAT 2003-5 | LaSalle |
| HEAT 2003-6 | LaSalle |
| HEAT 2003-7 | LaSalle |
| HEAT 2003-8 | LaSalle |
| HEAT 2004-1 | LaSalle |
| HEAT 2004-2 | LaSalle |
| HEAT 2004-3 | LaSalle |
| HEAT 2004-4 | LaSalle |
| HEAT 2004-5 | LaSalle |
| HEAT 2004-6 | LaSalle |
| HEAT 2004-7 | LaSalle |
| HEAT 2004-8 | LaSalle |
| HEAT 2005-1 | LaSalle |
| HEAT 2005-2 | LaSalle, BONY, Wells |
| HEAT 2005-3 | LaSalle, BONY, Wells |
| HEAT 2005-4 | LaSalle, BONY, Wells |
| HEAT 2005-5 | LaSalle, BONY, Wells |
| HEAT 2005-6 | LaSalle, BONY, Wells |
| HEAT 2005-7 | LaSalle, BONY, Wells |
| HEAT 2005-8 | LaSalle, BONY, Wells |
| HEAT 2005-9 | LaSalle, BONY, Wells |
| HEAT 2006-1 | LaSalle, BONY, Wells |
| HEAT 2006-2 | LaSalle, BONY, Wells |
| HEAT 2006-3 | LaSalle, BONY, Wells |
| HEAT 2006-4 | LaSalle, BONY, Wells |
| HEAT 2006-5 | LaSalle, BONY, Wells |
| HEAT 2006-6 | LaSalle, Wells |
| HEAT 2006-7 | LaSalle, Wells |
| HEAT 2006-8 | LaSalle, Wells |
| HEAT 2007-1 | LaSalle, Wells |
| HEAT 2007-2 | LaSalle, Wells |
| HEAT 2007-3 | LaSalle, Wells |

CONFIDENTIAL                                                                                                                                          USBCOMMERZ00951331

| | |
|---|---|
| HEMT 2005-5 | LaSalle, BONY, Wells |
| HEMT 2006-1 | LaSalle, BONY, Wells |
| HEMT 2006-2 | LaSalle, BONY |
| HEMT 2006-3 | LaSalle, Wells |
| HEMT 2006-4 | LaSalle, Wells |
| HEMT 2006-5 | LaSalle |
| HEMT 2006-6 | LaSalle |
| HEMT 2007-1 | LaSalle |
| HEMT 2007-2 | LaSalle |
| | |
| CSFB 2001-HE16 | BONY |
| CSFB 2001-HE17 | BONY |
| CSFB 2001-HE20 | BONY |
| CSFB 2001-HE22 | BONY |
| CSFB 2001-HE25 | BONY |
| CSFB 2001-HE30 | BONY |
| CSFB 2002-HE1 | BONY |
| CSFB 2002-HE4 | LaSalle, BONY |
| CSFB 2002-HE11 | LaSalle, BONY |
| CSFB 2002-HE16 | LaSalle, BONY |
| CSFB 2004-AA1 | LaSalle |
| CSFB 2005-CF1 | LaSalle, BONY |
| CSFB 2005-FIX1 | LaSalle |
| CSFB 2005-AGE1 | BONY |
| CSFB 2006-CF1 | LaSalle, BONY |
| CSFB 2006-CF2 | BONY |

5

CONFIDENTIAL
USBCOMMERZ00951332

# MABS 2005-FRE1 Exception Letter
# (June 4, 2009)



usbank.com

Corporate Trust Services
EP-MN-WS3D
60 Livingston Avenue
St. Paul, MN 55107-2292

June 4, 2009

Mortgage Asset Securitization Transactions, Inc.
1285 Avenue of the Americas
New York, New York 10019

HomEq Servicing Corporation
4837 Watt Avenue
North Highlands, CA 95660

    Re: Pooling and Servicing Agreement, is dated and effective as of November 1, 2005, among Mortgage Asset Securitization Transactions, Inc., as Depositor, UBS Real Estate Securities Inc., as Seller, HomEq Servicing Corporation, as Servicer and U.S. Bank National Association, as Trustee.

<u>**MASTR Asset Backed Securities Trust 2005-FRE1**</u>
<u>**Mortgage Pass-Through Certificates, Series 2005-FRE1**</u>

Dear Sir/Madam:

This notice is being provided in accordance with Section 2.02 of the Pooling and Servicing Agreement for the above-referenced transaction. Under this section the Trustee is required to provide written notice to the Depositor, the Seller and the Servicer of all exceptions identified with respect to the Mortgage Loan Files which do not meet the requirements of Section 2.01. As required under the Agreement, the Seller has 90 days from the date of this notice to correct or cure all the exceptions identified (as listed on the attached exception report). Any Mortgage Loans with material defects which are still outstanding after the 90 day cure period has elapsed must be repurchased or substituted for by the Seller on the next Distribution Date as provided in Section 2.03.

If you have any questions regarding this notice or requirements related to repurchases or substitutions, please call me at 651-495-3988. Any questions regarding specific exceptions should be directed to Jennifer Steiner at 651-695-5875 at Document Custody Services.

Sincerely,

Erin Sandstrom
Trust Officer

Enclosure

7

CONFIDENTIAL    USBCOMMERZ00944806

# MABS 2006-AM2 Exception Letter
# (June 4, 2009)



usbank.com

**Corporate Trust Services**
EP-MN-WS3D
60 Livingston Avenue
St. Paul, MN 55107-2292

June 4, 2009

Mortgage Asset Securitization Transactions, Inc.
1285 Avenue of the Americas
New York, New York 10019

Wells Fargo Bank, N.A.
9062 Old Annapolis Road
Columbia, Maryland 21045

Re: Pooling and Servicing Agreement, is dated and effective as of July 1, 2006, among Mortgage Asset Securitization Transactions, Inc., as Depositor, UBS Real Estate Securities Inc., as Seller, Wells Fargo Bank, N.A., as Master Servicer and U.S. Bank National Association, as Trustee.

**MASTR Asset Backed Securities Trust 2006-AM2**
**Mortgage Pass-Through Certificates, Series 2006-AM2**

Dear Sir/Madam:

This notice is being provided in accordance with Section 2.02 of the Pooling and Servicing Agreement for the above-referenced transaction. Under this section the Trustee is required to provide written notice to the Depositor, the Seller and the Servicer of all exceptions identified with respect to the Mortgage Loan Files which do not meet the requirements of Section 2.01. As required under the Agreement, the Seller has 90 days from the date of this notice to correct or cure all the exceptions identified (as listed on the attached exception report). Any Mortgage Loans with material defects which are still outstanding after the 90 day cure period has elapsed must be repurchased or substituted for by the Seller on the next Distribution Date as provided in Section 2.03.

If you have any questions regarding this notice or requirements related to repurchases or substitutions, please call me at 651-495-3988. Any questions regarding specific exceptions should be directed to Christopher Corcoran at 714-247-6045 at Deutsche Bank National Trust Company Document Custodian.

Sincerely,

Erin Sandstrom
Trust Officer

Enclosure



EXHIBIT 132 Folsom

9

CONFIDENTIAL

USBCOMMERZ00944807

# MABS 2006-NC2 Exception Letter
# (June 4, 2009)



usbank.com

**Corporate Trust Services**
EP-MN-WS3D
60 Livingston Avenue
St. Paul, MN 55107-2292

June 4, 2009

Mortgage Asset Securitization Transactions, Inc.
1285 Avenue of the Americas
New York, New York 10019

Wells Fargo Bank, N.A.
9062 Old Annapolis Road
Columbia, Maryland 21045

Re: Pooling and Servicing Agreement, is dated and effective as of September 1, 2006, among Mortgage Asset Securitization Transactions, Inc., as Depositor, UBS Warburg Real Estate Securities Inc., as Seller, Wells Fargo Bank, N.A., as Master Servicer and U.S. Bank National Association, as Trustee.

**MASTR Asset Backed Securities Trust 2006-NC2**
**Mortgage Pass-Through Certificates, Series 2006-NC2**

Dear Sir/Madam:

This notice is being provided in accordance with Section 2.02 of the Pooling and Servicing Agreement for the above-referenced transaction. Under this section the Trustee is required to provide written notice to the Depositor, the Seller and the Servicer of all exceptions identified with respect to the Mortgage Loan Files which do not meet the requirements of Section 2.01. As required under the Agreement, the Seller has 90 days from the date of this notice to correct or cure all the exceptions identified (as listed on the attached exception report). Any Mortgage Loans with material defects which are still outstanding after the 90 day cure period has elapsed must be repurchased or substituted for by the Seller on the next Distribution Date as provided in Section 2.03.

If you have any questions regarding this notice or requirements related to repurchases or substitutions, please call me at 651-495-3988. Any questions regarding specific exceptions should be directed to Christopher Corcoran at 714-247-6045 at Deutsche Bank National Trust Company Document Custodian.

Sincerely,

Erin Sandstrom
Trust Officer

Enclosure




EXHIBIT
140
Folsom

CONFIDENTIAL                                                    USBCOMMERZ00944809