MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
ROBERT E. DENHAM
JEFFREY I. WEINBERGER
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
BRADLEY S. PHILLIPS
GEORGE M. GARVEY
WILLIAM D. TEMKO
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR.*
TERRY E. SANCHEZ
STEVEN M. PERRY
MARK B. HELM
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GREGORY D. PHILLIPS
KATHLEEN M. MCDOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
JUDITH T. KITANO
JEROME C. ROTH
GARTH T. VINCENT
TED DANE
STUART N. SENATOR
MARTIN D. BERN
ROBERT L. DELL ANGELO
BRUCE A. ABBOTT
JONATHAN E. ALTMAN
KELLY M. KLAUS
DAVID B. GOLDMAN
DAVID H. FRY
LISA J. DEMSKY
MALCOLM A. HEINICKE
TAMERLIN J. GODLEY
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
LUIS LI
MICHAEL B. DESANCTIS*
CAROLYN HOECKER LUEDTKE
C. DAVID LEE
MARK H. KIM
BRETT J. RODDA
FRED A. ROWLEY, JR.
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
ROSEMARIE T. RING

MELINDA EADES LeMOINE
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
MISTY M. SANFORD
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
LAURA D. SMOLOWE
ANJAN CHOUDHURY
KYLE W. MACH
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
MATTHEW A. MACDONALD
BRYAN H. HECKENLIVELY
ELAINE J. GOLDENBERG*
MARK R. YOHALEM
CHAD GOLDER*
GINGER D. ANDERS*
MARGARET G. MARASCHINO
JOHN M. GILDERSLEEVE
ADAM B. WEISS
GEORGE CLAYTON FATHEREE, III
KELLY L.C. KRIEBS
JEREMY A. LAWRENCE
LAURA K. LIN
ACHYUT J. PHADKE
ZACHARY M. BRIERS
JENNIFER M. BRODER
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
ROSE LEDA EHLER
ERIC P. TUTTLE
JOHN W. BERRY
ROBYN K. BACON
KENNETH M. TRUJILLO-JAMISON
MARI OVERBECK
JORDAN D. SEGALL
WESLEY T.L. BURRELL
KAREN A. LORANG
CRAIG A. LAVOIE
ELIA HERRERA
JOSHUA S. MELTZER
ADAM P. BARRY

350 SOUTH GRAND AVENUE
FIFTIETH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
TWENTY-SEVENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

1155 F STREET N.W.
SEVENTH FLOOR
WASHINGTON, D.C. 20004-1361
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

JENNIFER L. BRYANT
ANDREW CATH RUBENSTEIN
HANNAH L. DUBINA
NICHOLAS D. FRAM
JOHN L. SCHWAB
ASHLEY D. KAPLAN
JESSICA REICH BARIL
JULIANA M. YEE
JEREMY K. BEECHER
MATTHEW K. DONOHUE
EMILY CURRAN-HUBERTY
JORDAN X. NAVARETTE
JOHN B. MAJOR
LAUREN C. BARNETT
C. HUNTER HAYES
AARON D. PENNEKAMP
TREVOR N. TEMPLETON
SKYLAR D. BROOKS
ELIZABETH R. DYER
SARAH S. LEE
ELIZABETH A. KIM
LAURA M. LOPEZ
MICHAEL C. BAKER
SARAH G. BOYCE*
ADELE M. EL-KHOURI*
COLIN A. DEVINE
DANE P. SHIKMAN
LEXI PEACOCK
MAGGIE THOMPSON
SAMUEL H. ALLEN
ALLISON M. DAY
GIOVANNI S. SAARMAN GONZÁLEZ
JONATHAN S. MELTZER*
SAMUEL JOSÉ DÍAZ
LAUREN M. HARDING
NEFI D. ACOSTA
STEPHANIE G. HERRERA
TERESA REED DIPPO
GRANT R. ARNOW
DANIEL BENYAMIN
SARA A. MCDERMOTT
J. MAX ROSEN
RACHEL G. MILLER-ZIEGLER*
ALISON F. KAROL
ANNE K. CONLEY

GRAHAM B. COLE
KATHERINE G. INCANTALUPO
DAVID P. THORESON
DAVID W. MORESHEAD
ANDRE W. BREWSTER III
TERRA D. LAUGHTON
ROWLEY J. RICE
JEREMY S. KREISBERG*
JOHN D. MAHER
GINA F. ELLIOTT
BRANDON R. TEACHOUT
SEGUN I. BABATUNDE II
CARSON C. ZHENG
LUCAS J. ARTAIZ
USHA CHILUKURI VANCE
BRIAN J. SPRINGER
CATHERINE N. GRECH
TYLER HILTON
VINCENT LING
ALEXANDER S. GORIN
BRENDAN GANTS*
MARI T. SAIGAL
LAUREN T. ROSS*
ZOE BEDELL*

_____

OF COUNSEL

ROBERT K. JOHNSON
PETER A. DETRE
ALLISON B. STEIN
BRAD SCHNEIDER
PETER E. GRATZINGER
JENNY H. HONG
KIMBERLY A. CHI
DAVID S. HONG
ADAM R. LAWTON
MATTHEW S. SCHONHOLZ
MICHAEL E. GREANEY

_____

E. LEROY TOLLES
(1922-2008)

*ADMITTED IN DC,
ALL OTHERS ADMITTED IN CA

November 4, 2019

Writer's Direct Contact
(213) 683-9294
(213) 683-5194 FAX
Adam.Barry@mto.com

**VIA ECF AND ELECTRONIC MAIL**

The Honorable William H. Pauley III
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007
Jonathan_mccann@nysd.uscourts.gov

**MEMO ENDORSED**

    Re:    *Commerzbank AG v. U.S. Bank Nat'l Ass'n et al.*,
            No. 16-cv-04569-WHP (S.D.N.Y.)
            <u>Request to File Redacted Documents and Documents Under Seal</u>

Dear Judge Pauley:

       We represent Defendant Bank of America, N.A. ("BANA") in the above-referenced action. BANA is serving today its reply papers in support of its Motion for Summary Judgment ("Motion"). Pursuant to Rule V(A) of Your Honor's Individual Rules & Practices in Civil Cases, the Joint Stipulation and Confidentiality and Protective Order entered by the Court in this case (ECF No. 109) ("Protective Order"), and the Court's order dated July 29, 2019 (ECF No. 290), we write to request permission to file in partially redacted form BANA's Reply, Reponses, and Objections to Plaintiff's Counter-Statement of Undisputed Facts ("Reply to Plaintiff's Counter-Statement"). In accordance with Rule V(A), BANA is filing today a proposed redacted version of this document as an exhibit to this letter motion. BANA will attach an unredacted electronic copy of the Reply to Plaintiff's Counter-Statement in highlighted form, where applicable, to the email sent to the Courtroom Deputy.

The Reply to Plaintiff's Counter-Statement contains, reproduces, paraphrases, or discloses "Discovery Material" that has been designated as "Confidential Information," as that term is defined in paragraph 3(a) of the Protective Order. The Reply to Plaintiff's Counter-Statement further contains, reproduces, paraphrases, or discloses information relating to Plaintiff Commerzbank AG's confidential and commercially sensitive agreements, communications, and procedures, and BANA's confidential and commercially sensitive agreements, communications, and procedures.

The parties have previously conferred regarding the scope of the materials contained, reproduced, paraphrased, or disclosed in the Reply to Plaintiff's Counter-Statement, and have de-designated materials in order to narrow the amount of information subject to this request. Accordingly, BANA requests permission to file the Reply to Plaintiff's Counter-Statement under seal. BANA will serve today via e-mail an unredacted copy of its Reply to Plaintiff's Counter-Statement on Plaintiff and Defendant U.S. Bank.

Respectfully submitted,

Adam P. Barry

Enclosures (via ECF and electronic mail)

cc: All Counsel of Record (via ECF and electronic mail)

Application granted.

SO ORDERED:

Dated: November 19, 2019
New York, New York

WILLIAM H. PAULEY III
U.S.D.J.