UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

COMMERZBANK AG,

                Plaintiff,

      -against-

U.S. BANK NATIONAL ASSOCIATION., *et al.*,

                Defendants.

---------------------------------

16cv4569

<u>ORDER</u>

WILLIAM H. PAULEY III, Senior United States District Judge:

        In response to the parties' letter inquiry dated November 22, 2019 (ECF No. 358), this Court contemplates allotting no more than an hour and a half for oral argument: Forty-five minutes to be shared by Defendants U.S. Bank and Bank of America and forty-five minutes for Plaintiff Commerzbank. Counsel may—but are not required—to use power point slides.

        While the parties should be prepared to discuss any of the pertinent issues, this Court intends to focus on the Economic Loss Doctrine, the DTC's rules, Ohio's borrowing statute, and the Prevention Doctrine.

Dated: December 10, 2019
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.