UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMERZBANK AG,

      Plaintiff,

  -against-

U.S. BANK NATIONAL ASSOCIATION.,
*et al.*,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

16cv4569

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

  U.S. Bank is directed to respond to Commerzbank's motion for reconsideration (ECF No. 399) by May 28, 2020. U.S. Bank's response is not to exceed 20 pages. Commerzbank may file a reply not to exceed 10 pages by June 4, 2020. This Court will take the motion on submission.

Dated: May 14, 2020
   New York, New York

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.