UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMMERZBANK AG,

      Plaintiff,

 -against-

U.S. BANK NATIONAL ASSOCIATION,

      Defendant.

16-cv-04569-WHP

[PROPOSED] SCHEDULING ORDER GOVERNING PHASE 2 EXPERT DISCOVERY

---

WILLIAM H. PAULEY III, United States District Judge:

 The Court having previously bifurcated expert discovery on loan-level re-underwriting and damages ("Phase 2 Expert Discovery") from other expert discovery (ECF No. 147) and having reviewed the parties' joint submission regarding Phase 2 Expert Discovery, which proposed the below schedule, the following scheduling order shall govern Phase 2 Expert Discovery in this action:

1. Phase 2 opening expert reports shall be exchanged by November 20, 2020.

2. Phase 2 rebuttal expert reports shall be exchanged by June 30, 2021. No reply reports shall be permitted.

3. All Phase 2 expert discovery shall be completed by August 31, 2021.

Dated: May 22, 2020
   New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.