UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMERZBANK AG,<br><br>        Plaintiff,<br><br>    - against -<br><br>U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, N.A.,<br><br>        Defendants. | Case No. 16-cv-04569-WHP |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS ASSERTED AGAINST DEFENDANT BANK OF AMERICA, N.A.**

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated by and between Plaintiff and Defendant Bank of America, N.A. ("BANA") that all claims and causes of action alleged against BANA in the above-captioned action are hereby dismissed with prejudice, with each side to bear its own costs and attorneys' fees. Nothing herein shall affect any claim of Plaintiff against Defendant U.S. Bank National Association.

IT IS SO ORDERED:

Date: May 26, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

Respectfully submitted,

Date: February 18, 2020

By: _____
WOLLMUTH MAHER & DEUTSCH LLP
David H. Wollmuth
Ryan A. Kane
Philip R. Schatz
500 Fifth Avenue
New York, New York 10110
(212) 382-3300; (212) 382-0050 (fax)

*Attorneys for Plaintiff Commerzbank AG*

Date: February 18, 2020

By: _____
MUNGER, TOLLES & OLSON LLP
James C. Rutten
Jacob S. Kreilkamp
Wesley T.L. Burrell
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
(213) 683-9100; (213) 687-3702 (fax)
james.rutten@mto.com
jacob.kreilkamp@mto.com
wesley.burrell@mto.com

2

SIDLEY AUSTIN LLP
Isaac S. Greaney
Daniel Gimmel
787 Seventh Avenue
New York, New York  10019
(212) 839-5300; (212) 853-5599 (fax)
igreaney@sidley.com
dgimmel@sidley.com

*Attorneys for Defendant Bank of America, N.A.*