UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMERZBANK AG,

                    Plaintiff,

    -against-

U.S. BANK NATIONAL ASSOCIATION.,
*et al.*,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

16cv4569

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        The parties are directed to appear for a telephonic pre-motion on March 3, 2021 at 3:00 p.m.  The dial-in number for the conference is (888) 363-4749.  The access code is 3070580.

Dated: February 26, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.