UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

COMMERZBANK AG,                                        :
                                                       :        16cv4569
                                    Plaintiff,         :
                                                       :        ORDER
                  -against-                            :
                                                       :
U.S. BANK NATIONAL ASSOCIATION.,                       :
*et al.*,                                              :
                                                       :
                                    Defendants.        :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

WILLIAM H. PAULEY III, Senior United States District Judge:

        The parties having appeared for a telephonic pre-motion conference on March 3, 2021 regarding the parties' joint letter, (ECF No. 421), this Court enters the following schedule on consent:

      1.    The parties are directed to meet and confer to seek a resolution that does not necessitate judicial intervention.

      2.    If the parties fail to resolve the issue, Commerzbank may file a three-page supplemental letter memorandum by March 17, 2021 at 5:00 p.m.

      3.    U.S. Bank may file a three-page letter memorandum in response by March 19, 2021 at 5:00 p.m.

      4.    This Court will take the application on submission.

Dated: March 3, 2021
     New York, New York

                                  SO ORDERED:

                                    WILLIAM H. PAULEY III
                                      U.S.D.J.