UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

COMMERZBANK AG,

              Plaintiff,

     -against-

U.S. BANK NATIONAL ASSOCIATION,

              Defendant.

------------------------------------

16cv4569

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        This Court received a letter dated March 18, 2021 from Oberlandesgericht Frankfurt am Main along with hundreds of pages of presumably related papers largely in German. This Court caused that letter to be docketed as ECF No. 433 without the voluminous enclosures. This Court refers the matter to the parties for any appropriate action.

Dated: April 22, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

1