UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
COMMERZBANK AG,                          :          16cv4569 (DLC)
                                         :
                    Plaintiff,           :          ORDER
                                         :
          -v-                            :
                                         :
U.S. BANK N.A., et al.,                  :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    This case having been reassigned to this Court, it is hereby

    ORDERED that each party shall by **August 27** submit a letter of no longer than two pages describing the status of this litigation.

Dated:    New York, New York
          August 6, 2021

                                              DENISE COTE
                                United States District Judge