UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| COMMERZBANK AG,<br><br>        Plaintiff,<br><br>    -against-<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>        Defendant. | Index No. 16-cv-04569-DLC |

### NOTICE OF PLAINTIFF'S MOTION TO EXCLUDE THE TESTIMONY OF STEVEN R. GRENADIER

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, the Declaration of Ryan A. Kane in Support of Plaintiff's Motions to Exclude the Testimony of Defendant's Experts, executed December 15, 2021, and the exhibits thereto, Plaintiffs will move this Court before the Honorable Denise L. Cote, at the courthouse located at 500 Pearl St., Courtroom 18B, New York, New York, for an order pursuant to Federal Rules of Evidence 403 and 702 excluding the Defendant's expert report of Steven R. Grenadier and the opinion and testimony related thereto.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order establishing a pre-trial schedule, dated September 7, 2021 (ECF No. 445), U.S. Bank's opposition to Plaintiff's motion shall be filed no later than February 4, 2022, and Plaintiff's reply in support of this motion shall be filed no later than February 25, 2022.

| | |
|---|---|
| Dated: New York, New York<br>December 15, 2021 | **WOLLMUTH MAHER & DEUTSCH LLP**<br><br>By: */s/ Ryan A. Kane*___<br><br>David H. Wollmuth<br>Steven S. Fitzgerald<br>Ryan A. Kane<br>Philip R. Schatz<br>Roselind F. Hallinan<br>Grant J. Bercari<br>500 Fifth Avenue<br>New York, New York 10110<br>Phone: (212) 382-3300<br>Fax: (212) 382-0050<br>Email: dwollmuth@wmd-law.com<br>        sfitzgerald@wmd-law.com<br>        rkane@wmd-law.com<br>        pschatz@wmd-law.com<br>        rhallinan@wmd-law.com<br>        gbercari@wmd-law.com<br><br>*Attorneys for Plaintiff Commerzbank AG* |