```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
COMMERZBANK AG,                         :
                                        :
                     Plaintiff,         :   16cv4569 (DLC)
                                        :
              -v-                       :   ORDER
                                        :
U.S. BANK NATIONAL ASSOCIATION,         :
                                        :
                     Defendant.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On April 30, 2024, the Court of Appeals for the Second Circuit vacated and remanded in part the Court's orders in this case. On May 14, 2024, the defendant filed a motion for reconsideration pursuant to Local Rule 6.3. Also on May 14, the defendant filed a letter requesting a status conference with the Court. The mandate has not yet issued. Accordingly, it is hereby

ORDERED that, after the mandate issues, the parties shall advise the Court of (1) a proposed schedule for briefing the motion for reconsideration and (2) their availability for a conference on Fridays.

Dated:  New York, New York
        May 14, 2024

                                  _____
                                          DENISE COTE
                                  United States District Judge