```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :
COMMERZBANK AG,                           :    16cv4569 (DLC)
                                          :
                  Plaintiff,              :    ORDER
                                          :
          -v-                             :
                                          :
U.S. BANK, N.A. et al.,                   :
                                          :
                  Defendants.             :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

On April 30, 2024, the Court of Appeals for the Second Circuit vacated and remanded in part the Court's orders in this case. On May 14, defendant U.S. Bank National Association filed a motion for reconsideration pursuant to Local Rule 6.3. Also on May 14, the defendant filed a letter requesting a status conference with the Court. The mandate issued on May 24. Accordingly, it is hereby

ORDERED that the parties shall file a letter on the docket by **June 7, 2024** advising the Court of (1) a proposed schedule for briefing the motion for reconsideration and (2) their availability for a conference on Fridays.

Dated:   New York, New York
         May 24, 2024

                                          _____
                                               DENISE COTE
                                          United States District Judge