```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
COMMERZBANK A.G.,                       :
                    Plaintiff,          :
                                        :      16cv4569 (DLC)
         -v-                            :
                                        :         ORDER
U.S. BANK NATIONAL ASSOCIATION,         :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The defendant's motion for summary judgment having been denied in an Opinion issued today, it is hereby

ORDERED that the parties shall confer about a schedule for discovery, motion practice, and trial, and provide their proposal to the Court by December 18, 2024.

IT IS FURTHER ORDERED that the parties shall appear for a conference on December 19, 2024 at 11:30 a.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:    New York, New York
          December 12, 2024

                                         _____
                                                  DENISE COTE
                                         United States District Judge